[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 20-13249

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

WILSON PETER REVANGE,
a.k.a. Jackboi,
a.k.a. Winson Revange,

Defendant-Appellant.

2                    Opinion of the Court                    20-13249

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:18-cr-00327-SCB-AEP-10

————————————

Before JILL PRYOR, BRANCH and LUCK, Circuit Judges.

PER CURIAM:

William Sansone, appointed counsel for Wilson Revange in this appeal from the denial of Revange's post-judgment motion for a certified copy of his criminal-proceeding documents and subsequent motion for reconsideration, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Revange's post-judgment motions seeking documents are **AFFIRMED**.